MEMORANDUM OPINION


No. 04-09-00309-CV



IN THE INTEREST OF W.J.C., A CHILD





From the 288th Judicial District Court, Bexar County, Texas


Trial Court No. 1999-EM5-03241


Honorable Delia E. Carian, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: July 15, 2009 


DISMISSED

 On June 8, 2009, we abated this case to the trial court to determine whether appellant is
indigent and entitled to the appointment of counsel and a free record on appeal. On June 25, 2009,
we received notice that appellant no longer desires to pursue his appeal. This appeal is therefore
reinstated on the docket of this court and dismissed.

 PER CURIAM